UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE'S NO. 4:15-MJ-30 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| PATRICK PAINTER | | |

**O R D E R**

The government's Motion to Seal the Arrest and Complaint Affidavit is GRANTED until further Order of this Court.

So ORDERED this 8th day of May, 2015.

_____
HON. R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA